382 U.S. 15 (1965)
GRIFFING ET AL., CONSTITUTING BOARD OF SUPERVISORS OF SUFFOLK COUNTY, NEW YORK
v.
BIANCHI ET AL.
No. 206.
Supreme Court of United States.
Decided October 11, 1965.
APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK.
Stanley S. Corwin, Joseph L. Nellis and Allen A. Sperling for appellants.
Richard C. Cahn for appellees.
PER CURIAM.
The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.